In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-365 CR


____________________



MICHAEL WAYNE OSBORNE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-060087 R






 MEMORANDUM OPINION 


 On July 6, 2007, the trial court sentenced Michael Wayne Osborne on a conviction for
unlawful possession of a firearm by a felon. Osborne filed a notice of appeal on July 11,
2007. The trial court entered a certification of the defendant's right to appeal in which the
court certified that this is a plea-bargain case and the defendant has no right of appeal. See
Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the
Court of Appeals.

 On July 27, 2007, we notified the parties that we would dismiss the appeal unless the
trial court filed an amended certification within thirty days of the date of the notice and made
it a part of the appellate record. See Tex. R. App. P. 37.1. The trial court has not
supplemented the record with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 HOLLIS HORTON

 Justice

 

Opinion Delivered October 3, 2007

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.